IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:21-CR-00042-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| DESHAWN D. MOBLEY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Gary K. Springstead]" (document #14) filed September 16, 2021. For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: September 20, 2021

David S. Cayer
United States Magistrate Judge