IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-CR-00042-RJC-DSC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| DESHAWN D. MOBLEY | ) |
| | ) |

**THIS MATTER** is before the Court on the defendant's pro se motion for the return of seized property, pursuant to Fed. R. Crim. 41(g), (Doc. No. 23), and the government's response, (Doc. No. 25).

The defendant seeks the return of two cellphones which were seized by United States Probation officers as evidence of bank fraud while he was on supervised release. (Doc. No. 23: Motion at 1; Doc. No. 25: Response at 1-2). The defendant admitted the conduct, and the Court revoked his supervised release in January 2022. (Doc. No. 22: Judgment). The cellphones were destroyed as abandoned property in January 2023, (Doc. No. 25-2: Property Report), before the defendant filed the instant motion in May 2023, (Doc. No. 23).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 23), is **DISMISSED as moot**.

Signed: September 1, 2023

Robert J. Conrad, Jr.
United States District Judge